IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| OUR ALCHEMY, LLC., et al., | ) | Bankruptcy Case No.: 16-11596-JTD |
| | ) | Bankr. BAP No. 24-0007 |
| Debtors. | ) | |
| _____ | ) | |
| GEORGE L. MILLER, in his capacity as | ) | |
| Chapter 7 Trustee for the jointly administered | ) | |
| Bankruptcy estates of Our Alchemy, LLC and | ) | |
| Anderson Digital, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-243-CFC |
| | ) | |
| ANDERSON MEDIA CORPORATION, | ) | |
| ANCONNECT, LLC and ANDERSON | ) | |
| MANAGEMENT SERVICES, INC., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **31st day of May 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court initially retained this matter for mediation before a United States Magistrate Judge;

WHEREAS the parties have conferred further and now jointly agree that their disputes

here cannot be resolved through mediation and have requested cancellation of the June 24, 2024 Mediation Conference;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is no longer appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The June 24, 2024 Mediation Conference is cancelled. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE