IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>OUR ALCHEMY, LLC., et al., )<br>)<br>)<br>Debtors. )<br>_____ )<br>GEORGE L. MILLER, in his capacity )<br>as Chapter 7 Trustee for the jointly )<br>administered Bankruptcy estates of )<br>Our Alchemy, LLC and Anderson )<br>Digital, LLC, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>ANDERSON MEDIA )<br>CORPORATION, ANCONNECT, )<br>LLC and ANDERSON )<br>MANAGEMENT SERVICES, INC., )<br>)<br>Appellees. )<br>_____ ) | Chapter 7<br>Bankruptcy Case No.: 16-11596-JTD<br>Bankr. BAP No. 24-0007<br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 24-243-CFC |

## ORDER

At Wilmington this 3rd day of June 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this

1

court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 3, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **August 5, 2024**

3. Appellant's reply brief is due on or before **August 19, 2024.**

_____
Chief Judge