# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>　　　　　　　　　Debtors.[1]<br><br>GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>　　　　　　　　　*Appellant*,<br>　　　v.<br><br>ANDERSON MEDIA CORPORATION, *et al.*,<br><br>　　　　　　　　　*Appellees*. | Bankruptcy Appeal<br><br>Case No. 1:24-cv-00243-CFC<br><br>Bankr. Case No. 16-11596 (MFW)<br>Bankr. D. Del. Adv. No. 21-51420 (MFW)<br>USBK/DE BAP No. 24-00007 |

## APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED

George L. Miller, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, Appellant in the above-captioned bankruptcy appeal and Plaintiff in the underlying adversary proceeding, by his undersigned counsel, pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), hereby designates the following items to be included in the record on appeal and states the following issues to be presented:

### Designation of Items to be Included in the Record on Appeal

| Docket Entries/Documents from Bankr. D. Del. Adv. Pro. No. 21-51420 (MFW) | | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Adv. Dkt. No. | Document Description |
| 1. | 12/29/2021 | 1 | Complaint |
| 2. | 07/20/2022 | 28 | Answer to Complaint |

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

| Docket Entries/Documents from Bankr. D. Del. Adv. Pro. No. 21-51420 (MFW) | | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Adv. Dkt. No. | Document Description |
| 3. | 06/20/2023 | 40 | Defendants' Motion for Summary Judgment |
| 4. | 06/20/2023 | 41 | Memorandum of Law in Support of Defendants' Motion for Summary Judgment |
| 5. | 06/21/2023 | 43-1 | Deposition Transcript of Bill Homony |
| 6. | 06/21/2023 | 44-1 | Deposition Transcript of Jay R. Maier |
| 7. | 06/21/2023 | 45-1 | Deposition Transcript of George L. Miller |
| 8. | 07/31/2023 | 48 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 9. | 07/31/2023 | 48-1 | Declaration of Steven M. Coren in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment |
| 10. | 07/31/2023 | 48-2 | Excerpted pages from 3/11/16 Anderson Media Corporation Minutes of the Meeting of the Board of Directors |
| 11. | 07/31/2023 | 48-3 | Anderson executive Bill Lardie notes dated May 2014 |
| 12. | 07/31/2023 | 48-4 | Anderson executive Bill Lardie notes dated 12/22/2014 |
| 13. | 07/31/2023 | 48-5 | 7/28/15 email from ANConnect CFO/COO Chuck Taylor to Anderson executives Jay Maier and Bill Lardie |
| 14. | 07/31/2023 | 48-6 | May 7, 2015 Asset Purchase Agreement |
| 15. | 07/31/2023 | 48-7 | January 8, 2016 email from Alchemy employee Ryan Meyering to Alchemy employees Rex Bowring and George De La Cruz, listing "Actual Cash Payments" to ANConnect in connection with the APA totaling $29.9 million |
| 16. | 07/31/2023 | 48-8 | May 28, 2014 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Finance VP Dan Hetrick |
| 17. | 07/31/2023 | 48-9 | February 17, 2016 Complaint filed by ANConnect and Anderson Merchandisers in the Superior Court of Delaware (exhibits thereto omitted) |
| 18. | 07/31/2023 | 48-10 | July 9, 2015 Transition Services Agreement between ANConnect and Alchemy |
| 19. | 07/31/2023 | 48-11 | Alchemy's Answer with Affirmative Defenses and Counterclaims filed on April 11, 2016 in the Superior Court of Delaware |
| 20. | 07/31/2023 | 48-12 | ANConnect's Answer and Affirmative Defenses to Alchemy's Counterclaims filed on May 11, 2016 in the Superior Court of Delaware |
| 21. | 07/31/2023 | 48-13 | Transcript of September 29, 2022 Deposition of Jay Maier as Rule 30(b)(6) designee of ANConnect and Anderson Merchandisers |
| 22. | 07/31/2023 | 48-14 | August 5, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson executive Bill Lardie with attachment thereto |
| 23. | 07/31/2023 | 48-15 | August 5, 2016 email from ANConnect CFO/COO Chuck Taylor to Anderson Director of Internal Audit Boris Popov with attachment thereto |

| Docket Entries/Documents from Bankr. D. Del. Adv. Pro. No. 21-51420 (MFW) | | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Adv. Dkt. No. | Document Description |
| 24. | 07/31/2023 | 48-16 | ANConnect consolidated income statement as of September 30, 2016 |
| 25. | 07/31/2023 | 48-17 | September 28, 2016 email from Anderson Director of Internal Audit Boris Popov to Anderson Media CFO Jay Maier |
| 26. | 07/31/2023 | 48-18 | December 13, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Media CFO Jay Maier |
| 27. | 07/31/2023 | 48-19 | Excerpt from ANConnect Independent Auditor's Report as of October 3, 2014 |
| 28. | 07/31/2023 | 48-20 | Excerpt from January 30, 2015 ANConnect compliance certificate |
| 29. | 07/31/2023 | 48-21 | Excerpt from May 29, 2015 ANConnect compliance certificate |
| 30. | 07/31/2023 | 48-22 | December 8, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Media CFO Jay Maier |
| 31. | 07/31/2023 | 48-23, 48-24 | Transcript of April 20, 2023 deposition of George Miller |
| 32. | 07/31/2023 | 48-25, 48-26 | Transcript of April 20, 2023 deposition of William Homony |
| 33. | 07/31/2023 | 48-27 | March 25, 2021 letter from Anderson attorney David Wender |
| 34. | 07/31/2023 | 48-28 | Defendants' March 9, 2023 Responses and Objections to the Trustee's Omnibus First Set of Interrogatories and Second Set of Requests for Production of Documents |
| 35. | 07/31/2023 | 48-29 | June 22, 2016 email from Anderson Media CFO Jay Maier to ANConnect and Anderson Merchandisers personnel |
| 36. | 07/31/2023 | 48-30 | Anderson Management Services, Inc.'s Answer to Complaint in *American Media, Inc., et al. v. Anderson Management Services, Inc., et al.*, Bankr. D. Del. Adv. No. 11-53811 |
| 37. | 08/31/2023 | 49 | Defendants' Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 38. | 02/13/2024 | 57 | Memorandum Opinion and Order regarding Defendants' Motion for Summary Judgment |
| 39. | 02/22/2024 | 58 | Notice of Appeal |
| 40. | 02/22/2024 | 60 | Transmittal of Record to District Court |
| 41. | 03/13/2024 | 63 | Transcript regarding hearing held on 01/16/2024 |

LEGAL\77056228\2 6010823/00390810

| Docket Entries/Documents from Bankr. D. Del. Adv. Pro. No. 18-50633 (MFW) | | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Adv. Doc. No. | Description |
| 42. | 06/29/2018 | 1 | Complaint |
| 43. | 09/16/2019 | 84 | Memorandum Opinion, denying in part and granting in part ANConnect's motion to dismiss |
| 44. | 09/25/2020 | 151 | Plaintiff's Memorandum in Support of His Request to Allow Discovery Pursuant to Federal Rule of Civil Procedure 56(d) |
| 45. | 09/25/2020 | 151-1 | Declaration of Steven M. Coren in Support of Plaintiff's Request to Allow Discovery Pursuant to Federal Rule of Civil Procedure 56(d) |
| 46. | 09/25/2020 | 151-14 | January 16, 2020 email from Andrew Belli to Defendants' Counsel |
| 47. | 09/25/2020 | 151-15 | Anderson Defendants' Initial Disclosures |
| 48. | 09/25/2020 | 151-18 | February 25, 2020 email from David Wender to Trustee's Counsel |
| 49. | 09/25/2020 | 151-19 | February 28, 2020 email from Andrew Belli to Defendants' Counsel |
| 50. | 09/25/2020 | 151-20 | April 3, 2020 email from Andrew Belli to Defendants' Counsel |
| 51. | 09/25/2020 | 151-21 | April 7, 2020 email from David Wender to Trustee's Counsel |
| 52. | 09/25/2020 | 151-22 | April 29, 2020 email from David Wender to Trustee's Counsel |
| 53. | 05/12/2022 | 241 | Opinion and Order, denying ANConnect's premature summary judgment motion |
| 54. | 02/15/2024 | 333 | Transcript regarding Hearing Held 01/16/24 RE: Combined Oral Argument |

| Docket Entries/Documents from D. Del. No. 1:24-cv-00243 (CFC) | | | |
|---|---|---|---|
| Item | Date Filed/ Entered | Doc. No. | Description |
| 55. | 03/31/2025 | 22 | Opinion |
| 56. | 03/31/2025 | 23 | Order |
| 57. | 04/07/2025 | 24 | Notice of Appeal |

## Statement of Issues to be Presented on Appeal

1. Whether the lower courts erred in ruling that Plaintiff's claims were untimely under 6 Del. Code § 1309(1) and/or Tex. Bus. & Com. Code § 24.010(a)(1)?

4

  2.  Whether the lower courts erred in applying the discovery rule by usurping the role of the factfinder to hold that the Trustee did not act with reasonable diligence in investigating his claims?

  3.  Whether the lower courts erred by holding that misstatements made during a settlement meeting put the Trustee on affirmative notice of potential claims?

Dated: April 21, 2025            Respectfully submitted,

                     /s/ John T. Carroll, III
                     John T. Carroll, III (DE Bar No. 4060)
                     **COZEN O'CONNOR**
                     1201 North Market Street
                     Suite 1001
                     Wilmington, DE 19801
                     Tel: (302) 295-2028
                     Fax: (302) 295-2013
                     jcarroll@cozen.com

                     -and-

                     Steven M. Coren *(pro hac vice)*
                     **COREN & RESS, P.C.**
                     Two Commerce Square
                     2001 Market Street, Suite 3900
                     Philadelphia, PA 19103
                     Tel: (215) 735-8700
                     Fax: (215) 735-5170
                     scoren@kcr-law.com

                     *Counsel for the Chapter Trustee 7*
                     *George L. Miller, Plaintiff/Appellant*