# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors.[1] | Bankr. Case No. 16-11569-MFW |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>Appellant,<br><br>v.<br><br>ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC.,<br><br>Appellees. | Bankr. D. Del. Adv. No. 21-51420-MFW<br><br>Bankruptcy Appeal<br>Civil Action No. 24-cv-00243-CFC |

## APPELLEES' COUNTER-DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(ii), Appellees in the above-captioned appeal and Defendants in the underlying adversary proceeding, designate the following additional items to be included in the record on appeal:

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597

| **Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD** |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Bank. Adv. Pro. D.I.** | **Document Description** |
| 1. | June 20, 2023 | 41-1 | Declaration of Jay Maier |
| 2. | June 20, 2023 | 41-2 | Excerpts from the Deposition of George Miller Dated April 20, 2023 |
| 3. | June 20, 2023 | 41-3 | Excerpts from the Deposition of William Homony Dated April 20, 2023 |
| 4. | June 21, 2023 | 45-3 | Exhibits 6 through 13 to the Deposition of George Miller Dated April 20, 2023 |
| 5. | June 21, 2023 | 45-4 | Exhibits 15 through 24 to the Deposition of George Miller Dated April 20, 2023 |
| 6. | June 21, 2023 | 45-5 | Exhibits 25 through 44 to the Deposition of George Miller Dated April 20, 2023 |
| 7. | June 21, 2023 | 45-6 | Exhibits 45 through 50 to the Deposition of George Miller Dated April 20, 2023 |
| 8. | March 13, 2024 | 63 | Transcript of January 16, 2024 Hearing |
| **Docket Entries/Documents from Civil Action No. 24-cv-00243-CFC** |
| **Item** | **Date Filed/Entered** | **Docket No.** | **Document Description** |
| 9. | Feb. 23, 2024 | 1 | Notice of Appeal and Statement of Election from Bankruptcy Court |
| 10. | Mar. 7, 2024 | 7 | Statement of Issues on Appeal |
| 11. | Mar. 21, 2024 | 13 | Designation of Record |
| 12. | July 3, 2024 | 17 | Appellant's Brief |
| 13. | July 3, 2024 | 18 | Appendix to *Appellant's Opening Brief* |

| 14. | Aug. 5, 2024  | 19 | Appellee's Brief              |
| --- | ------------- | -- | ----------------------------- |
| 15. | Aug. 5, 2024  | 20 | Appendix re: *Appellee's Brief* |
| 16. | Aug. 19, 2024 | 21 | Appellant's Reply Brief       |

This counter-designation is without waiver of any arguments on appeal, and the Appellees reserve the right to supplement this counter-designation and the record on appeal with any relevant materials.

Dated: May 5, 2025

Respectfully Submitted,

*/s/ Kenneth A. Listwak*
**TROUTMAN PEPPER LOCKE LLP**
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza
1313 N. Market Street, Suite1000
Wilmington, DE 19801
Telephone:  (302) 777-6500
Email: evelyn.meltzer@troutman.com
         ken.listwak@troutman.com

- and –

**HUNGELING RUBENFIELD LAW**
David J. Hungeling
1718 Peachtree St. Ste. 599
Atlanta, GA 30309
Telephone: (404) 574-2466
Email:  david@hungelinglaw.com

*Counsel for Appellees Anderson Media Corporation, ANConnect, LLC, and Anderson Management Services, Inc.*