# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors.[1] | Bankr. Case No. 16-11569-MFW |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>Appellant,<br><br>v.<br><br>ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC.,<br><br>Appellees. | Bankr. D. Del. Adv. No. 21-51420-MFW<br><br>Bankruptcy Appeal<br>Civil Action No. 24-cv-00243-CFC<br><br>**Related to Docket No. 27** |

## AMENDED CERTIFICATE OF SERVICE

I, Kenneth A. Listwak, hereby certify that on May 5, 2025, I caused a true and correct copy of the *Appellees' Counter-Designation of Record on Appeal* [Docket No. 27] to be served via email, first class mail, and ECF notification on the parties listed below.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597

313273090v1

| | |
|---|---|
| **COZEN O'CONNOR** | **COREN & RESS, P.C.** |
| John T. Carroll, III, Esq. | Steven M. Coren, Esq. |
| 1201 North Market Street | Andrew J. Belli, Esq. |
| Suite 1001 | Two Commerce Square |
| Wilmington, DE 19801 | Suite 3900 |
| jcarroll@cozen.com | 2001 Market Street |
| | Philadelphia, PA 19103 |
| | SCoren@kcr-law.com |
| | abelli@kcr-law.com |

Dated: May 5, 2025         Respectfully Submitted,

/s/ Kenneth A. Listwak
**TROUTMAN PEPPER LOCKE LLP**
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza
1313 N. Market Street, Suite1000
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: evelyn.meltzer@troutman.com
         ken.listwak@troutman.com

- and –

**HUNGELING RUBENFIELD LAW**
David J. Hungeling
1718 Peachtree St. Ste. 599
Atlanta, GA 30309
Telephone: (404) 574-2466
Email: david@hungelinglaw.com

*Counsel for Appellees Anderson Media Corporation, ANConnect, LLC, and Anderson Management Services, Inc.*